1

2

3

4

5

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

6

7

8

9

10

11

12

13

WAYNE RUDDER,                          )
                                       )
                                       )   NO. **CV-10-3102-LRS**
        Plaintiffs,                    )
                                       )   **ORDER OF DISMISSAL**
                                       )
        v.                             )
                                       )
MARK AKLAND et al.,                    )
                                       )
                                       )
        Defendants.                    )
_____)

14      Plaintiff Rudder has not tendered the filing fee to the court within the time

15   allowed by this court's December 6, 2010 order (Ct. Rec. 8) which revoked his *in*

16   *forma pauperis* status.[1]

17      Accordingly, the captioned action is **DISMISSED with prejudice**. The

18   District Executive shall enter judgment accordingly. This court hereby certifies

19   that any appeal taken from this order and the "Order Revoking IFP Status" (Ct.

20   Rec. 8) is not taken in good faith. 28 U.S.C. Section 1915(a)(3). This file shall be

21   closed. Other than the filing of a Notice of Appeal to the Ninth Circuit, this court

22

23

24

25

26   [1] That order bears the correct case number, but the caption shows "Farmers

27   Insurance" as the Defendant, not Mark Akland. Farmers Insurance is the named
     defendant in a separate action filed by Plaintiff (CV-10-3101-LRS). The order

28   clearly, however, pertains to the action filed in CV-10-3102-LRS.

**ORDER OF DISMISSAL-**          **1**

will not permit the filing of any additional motions in this now closed file.[2]

     **IT IS SO ORDERED.**  The District Court Executive shall forward a copy of the judgment and this order to the Plaintiff and to counsel of record.

     **DATED** this___22nd___ day of December, 2010.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
Chief U. S. District Court Judge

---

[2] Plaintiff filed motions for reconsideration in all of the other actions (CV-10-3101-LRS, CV-10-3104-LRS, and CV-10-3105-LRS) in which his *in forma pauperis* status was either denied and revoked.  He did not file such a motion in the captioned matter, although had he done so, that motion would have been denied for the same reasons the court denied the motions in the other actions.

**ORDER OF DISMISSAL-**       **2**