# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

WAYNE RUDDER, ,

        Plaintiff,

        v.

MARK AKLAND, et al.,

        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-10-3102-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED this case is dismissed with prejudice pursuant to the Order of Dismissal entered on December 22, 2010.

12/22/10
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas